# EXHIBIT 7

| | |
|---|---|
| TAMMY K. SANDERS | : IN THE |
| Plaintiff, | : CIRCUIT COURT |
| vs. | : OF |
| AMF BOWLING CENTERS, INC., | : MARYLAND FOR |
| Defendant. | : BALTIMORE COUNTY |
| | : CASE No.: 03-C-18-007765 |

## INTERROGATORIES

TO: AMF Bowling Centers, Inc., Defendant

FROM: Tammy K. Sanders, Plaintiff

### INSTRUCTIONS

Pursuant to Rule 2-421, you are required to answer the following interrogatories within 30 days or within the time otherwise required by court order or by the Maryland Rules:

(a) In accordance with Rule 2-421(b), your response shall set forth the interrogatory, and shall set forth the answer to the interrogatory "separately and fully in writing under oath" or "shall state fully the grounds for refusal to answer any interrogatory." The response shall be signed by you.

(b) Also in accordance with Rule 2-421(b), your answers "shall include all information available" to you "directly or through agents, representatives, or attorneys."

(c) Pursuant to Rule 2-401 (e), these interrogatories are continuing. If you obtain further material information before trial you are required to supplement your answers promptly.

(d) If pursuant to Rule 2-421(c), you elect to specify and produce business records of yours in answer to any interrogatory, your specification shall be in sufficient detail to enable the interrogating party to locate and identify the records from which the answer may be ascertained.

(e) If you perceive any ambiguities in a question, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

## DEFINITIONS

"Identify," "identity" or "identification," when used in reference to an individual person, means to state his or her full legal name, social security number, last known home address, last known home telephone number, last known business/work address, last known business/work telephone number, and last known occupation. When used in reference to a person other than an individual person, "identify," "identity" or "identification" means to state (1) whether such person is a corporation, limited liability company, limited liability partnership, professional association, professional corporation, general partnership, limited partnership, or other entity or organization, (2) such person's full legal name, (3) last known address of its principal place of business, and (4) to the extent applicable, the identity of its resident agent.

"Identify" or "identification" when used in reference to a document or written instrument means (1) to describe the nature and contents of such document or written instrument, (2) state the purpose for which such document or written instrument was prepared, (3) identify the person who prepared it, and (4) identify the present custodian of the original and each copy of such document or written instrument.

The terms "document" or "documents" include, but are not limited to: (1) all paper material of any kind, whether written, typed, printed, punched, filmed, or marked in any way; (2) recording tapes or wires; (3) film, photographs, movies, or any graphic matter, however produced or reproduced; and (4) all mechanical or electronic sound recordings or transcripts thereof.

The term "person" includes a corporation, limited liability company, limited liability partnership, professional association, professional corporation, general partnership, limited partnership, any other association or entity, a natural person and any government or governmental body, commission, board or agency.

The term "possession" includes possession, custody, or control.

"You" or "your" refers to the party to whom these interrogatories are addressed, and all of such party's predecessors or successors, as well as the party's owners, agents, employees, servants and/or representatives, and unless privileged, the party's attorneys.

The term "Complaint" refers to the complaint filed by this Plaintiff.

The term "Occurrence" refers to the events that are described in the Complaint and that occurred on September 3, 2017 at the bowling alley located at 1101 Merritt Boulevard, in Baltimore County, Maryland.

## INTERROGATORIES

1. Was this Defendant, AMF Bowling Centers, Inc. the operator of the bowling alley located at 1101 Merritt Boulevard, in Baltimore County, Maryland at the time of the Occurrence?

2. If the answer to Interrogatory No. 1 is negative, please identify the person(s) and/or entities that were the operator(s) of the bowling alley located at 1101 Merritt Boulevard, in Baltimore County, Maryland at the time of the Occurrence.

3. If the answer to Interrogatory No. 1 is affirmative, please identify the person(s) and/or entities that owned the building in which you were operating the bowling alley where the Occurrence occurred at the time of the Occurrence (hereinafter "the Building").

4. If you did not own the Building at the time of the Occurrence, please identify the person(s) and/or entities that owned the Building at the time of the Occurrence, and describe the legal right and/or arrangement pursuant to which you were operating the bowling alley in the Building. For example, if you were operating the bowling alley pursuant to a lease of the Building, please state so.

5. Please identify the individual who was the Manager, as this term is defined below, on duty at the bowling alley at the time of the Occurrence. The term "Manager" as it is used in this Interrogatory and in all other Interrogatories herein, means the person who is responsible for the day-to-day operations of the bowling alley.

6. Please identify each individual who was working at the bowling alley at the time of the Occurrence, including the identity of their employer, and describe each such individual's work duties at the time of the Occurrence. As part of your answer to this

Interrogatory, please identify each such individual's supervisor at the time of the Occurrence.

7. Describe in detail how Occurrence took place. In your description, please identify (as the term "identify" is defined herein) each person who is referenced in your description of the Occurrence.

8. Please identify all persons who were witnesses to all or part of the Occurrence and state their location at the time of the Occurrence.

9. Please identify all persons who arrived at the scene of the Occurrence within one hour after the Occurrence took place.

10. If a report with respect to the Occurrence was made in the ordinary course of business, state the date on which the report was made, the identity of the persons who participated in making the report, and whether the report was written, oral, or, if in some other form, the form of the report. Identify each document containing information concerning the report and the custodian of the document.

11. Identify all photographs, videotapes, plats, diagrams, or other depictions of the scene of the occurrence or of things connected with the Occurrence that are in your possession.

12. Identify each person who has given you a "statement previously made," as that term is defined in Rule 2-402(f), concerning the action or its subject matter. For each such statement, state the date on which it was given and identify the custodian of such statement.

13. If any of your agents, servants, or employees had, at any time, any contact with the Plaintiff in this matter or their agents, servants or employees, please

identify each person who participated in each such contact, the date when each such contact took place, the method of each such contact (i.e., whether by telephone, email, in-person, or otherwise), describe the nature of the contact, describe in detail what was said and by whom during each such contact, and identify each person who was present during each such contact.

14. State whether you have possession or knowledge of any recordings or transcripts of testimony in any proceeding arising out of the Occurrence. If so, state the date and subject matter, and identify each person who recorded the testimony and the custodian of each recording or testimony.

15. Please identify each person whom you expect to call as an expert witness at trial, state the subject matter on which the expert is expected to testify, state the substance of the findings and opinions to which the expert is expected to testify and a summary of the grounds for each opinion, and attach to your answers any written report made by the expert concerning those findings and opinions.

16. Identify each person, other than a person intended to be called as an expert witness at trial, having discoverable information that tends to support a position that you have taken or intend to take in this action, including any position with regard to any claim for damages, and state the subject matter of the information possessed by that person.

17. If you intend to rely upon any documents or other tangible things to support a position that you have taken or intend to take in this action, including any position with regard to any claim for damages, provide a brief description, by category

and location, of all such documents and other tangible things, and identify all persons having possession, custody or control of them.

18. Identify fully all documents and other material that you have obtained through subpoena in this matter.

19. Set forth the names and address of all persons who have investigated for you and on your behalf the cause and circumstances of the Occurrence or the injuries sustained, the nature of their investigations, and their findings pursuant to their investigations.

20. If you contend that the Occurrence was not caused by your negligence, and/or the negligence of your agents, employees, servants, and/or representatives, please give a detailed statement of the facts upon which you base this contention.

21. If you contend that the Plaintiff or any other person and/or entity caused or contributed to the Occurrence, please identify each such person and/or entity and state the facts upon which you base your contention.

22. Identify the individual(s) responsible for performing maintenance services on the premises of the bowling alley in the two (2) years prior to and on the date of the Occurrence, including who those individuals were employed by during the two (2) years leading up to and including on the date of the Occurrence.

23. Describe what actions, if any, you or your agents, employees, servants, and/or representatives took to protect members of the public from being injured on the premises of the bowling alley, in the two (2) years prior to and on the day of the occurrence, including with respect to the defective step as described in the Complaint in this matter.

24. If you or your agents, employees, servants, and/or representatives ever received any complaints about the defective step as described in the Complaint, prior to the Occurrence, identify the date of the complaint(s), the person(s) who made the complaint(s) and their current home address, the substance of the complaint(s), and what actions, if any, you or your agents, employees, servants, and/or representatives took in response to the complaints.

25. Identify all work order requests related to the defective step as described in the Complaint, that were made in the two (2) years prior to and on the day of the occurrence, including the date and nature of each request, and identify all individuals who responded to each request and the date and nature of the response, and the result of each work order request, i.e. whether it was completed, and if not completed, the reason why.

Respectfully submitted,

*signature*

Angelica A. Carliner
CPF #: 1412160138
Lebowitz & Mzhen, LLC
9 Park Center Court, Suite 220
Owings Mills, Maryland 21117
(410) 654-3600
(410) 654-3601 – Fax
aacarliner@comcast.net
*Attorney for the Plaintiff*